# United States Court of Appeals
## For the First Circuit

No. 14-1983

514 BROADWAY INVESTMENT TRUST, UDT DATED 8/22/05, by and through its Trustee, Robert A. Blechman

Plaintiff - Appellant

v.

MICHAEL J. MIALE, SR.; STATEWIDE REAL ESTATE APPRAISAL, LLC, a/k/a Statewide Real Estate Appraisal Corporation

Defendants - Appellees

MICHAEL F. BEHM; HELEN R. COUPE, d/b/a Re/Max Metro; CRAIG F. RAPOZA; BAINBRIDGE REALTY CORP., a/k/a Bainbridge Realty, Inc.; PETER P. D'AMICO; D'AMICO & TESTA, ATTORNEYS AT LAW, P.C.

Defendants

**JUDGMENT**

Entered: May 22, 2015
Pursuant to 1st Cir. R. 27.0(d)

      Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

      Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc: John H. McCann
Michael P. Robinson
Craig F. Rapoza
Sheri L. Pizzi
Andrew R. Weiner
Donald Campbell Lockhart